AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Christina J. Mudayh, Jawhara Hilal El,

          Plaintiff,

v.

Cenlar FSB, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01970-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that this case is DISMISSED for lack of subject-matter jurisdiction.

12/2/21
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk